In the Matter of the Claim of NORA CLARKSON, Respondent, against J. J. SCHMUKLER et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Submitted October 18, 1937; decided October 22, 1937.

*Hector A. Robichon, William W. Dimmick* and *William J. MacArthur* for motion.

No one opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that appeal lies as of right.